**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 17 2006 ★

BROOKLYN OFFICE

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOSE FERNANDO PEREZ MARTINEZ,     04 CIV 1802 (NGG/CLP)

                Plaintiff,     STIPULATION
-against-                                  DISCONTINUING ACTION
                                           with Prejudice

DELTA INTERNATIONAL MACHINERY CORP.

                Defendants.
-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and any and all cross-claims, counterclaims, and other claims be, and the same hereby is discontinued, *with prejudice*, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      January 12, 2006

SO ORDERED:

_____
U.S.D.C.J.
3/10/06

TRIEF & OLK
By: Joseph D. Monaco (7862)
Attorneys for Plaintiff
150 East 58th Street
New York, New York 10155
212-486-6060

_____
SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN
By: Michael Berman (2919)
Attorneys for Defendant
111 John Street
New York, New York 10038
212-964-7400